Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>    Plaintiff,<br><br>    vs.<br><br>BALWINDER SINGH, et al.,<br><br>    Defendants. | No. 1:11-CV-01978-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BALWINDER SINGH AND RAJWINDER KAUR SANDHU DBA PARLIER FOOD BASKET <u>ONLY</u>; ORDER** |

WHEREAS, Defendants Balwinder Singh and Rajwinder Kaur Sandhu dba Parlier Food Basket have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>ONLY</u> Defendants Balwinder Singh and Rajwinder Kaur Sandhu dba Parlier Food Basket be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 18, 2012                    MOORE LAW FIRM, P.C.


                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff Fernando Rubio

*Rubio v. Balwinder Singh, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

1 | **<u>ORDER</u>**

2 | Good cause appearing,

3 | IT IS HEREBY ORDERED that <u>ONLY</u> Defendants Balwinder Singh and Rajwinder Kaur Sandhu dba Parlier Food Basket be dismissed with prejudice from this action. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **April 18, 2012**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE