1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Fernando Rubio

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO RUBIO,<br><br>              Plaintiff,<br><br>         vs.<br><br>BALWINDER SINGH, et al.,<br><br>              Defendants. | No.  1:11-CV-01978-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BALWINDER SINGH AND RAJWINDER KAUR SANDHU DBA PARLIER FOOD BASKET <u>ONLY</u>; ORDER** |

   WHEREAS, Defendants Balwinder Singh and Rajwinder Kaur Sandhu dba Parlier Food Basket have not filed an answer or motion for summary judgment;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby respectfully requests that <u>ONLY</u> Defendants Balwinder Singh and Rajwinder Kaur Sandhu dba Parlier Food Basket be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 18, 2012                                    MOORE LAW FIRM, P.C.


                                                        /s/Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff Fernando Rubio


*Rubio v. Balwinder Singh, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                                                    Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that ONLY Defendants Balwinder Singh and Rajwinder Kaur Sandhu dba Parlier Food Basket be dismissed with prejudice from this action.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **April 18, 2012**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE