1  K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California 95112
Telephone (408) 298-2000
4  Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
Fernando Rubio

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BALWINDER SINGH, et al.,<br><br>　　　　Defendants. | No. 1:11-CV-01978-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendant Weldon Byram, the remaining party to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. All parties to bear their own attorneys' fees and costs.

Date: August 27, 2012                                                                MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Fernando Rubio

///

*Rubio v. Singh, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

| | |
|---|---|
| Date: August 24, 2012 | PETRIE, DORFMEIER & MORRIS, LLP |
| | /s/ J. David Petrie |
| | J. David Petrie |
| | Attorneys for Defendant Weldon Byram |

## ORDER

    The parties having so stipulated,

    This action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **August 27, 2012**               /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE