1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Fernando Rubio

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO, | No.  1:11-CV-01978-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| BALWINDER SINGH, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendant Weldon Byram, the remaining party to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  All parties to bear their own attorneys' fees and costs.

Date: August 27, 2012                                           MOORE LAW FIRM, P.C.



                                                                /s/Tanya E. Moore
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff Fernando Rubio

///

*Rubio v. Singh, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

| | |
|---|---|
| Date: August 24, 2012 | PETRIE, DORFMEIER & MORRIS, LLP |
| | /s/ J. David Petrie |
| | J. David Petrie |
| | Attorneys for Defendant Weldon Byram |

## **ORDER**

The parties having so stipulated,

This action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **August 27, 2012**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

*Rubio v. Singh, et al.*
Stipulation for Dismissal of Action; [Proposed] Order